# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Camille Brown,**

      *Plaintiff*,

v.                                           **Case No. 3:06-cv-285**
                                                   **Judge Thomas M. Rose**

**Postmaster General,**
**United States Postal Service,**

      *Defendants*.

---

### ENTRY AND ORDER TERMINATING CASE.

---

In docket entry 13 of this case, Plaintiff was granted until August 10, 2007 to amend her complaint to state any causes of action that survived the Court's decision to grant Defendant's Motion to Dismiss. Doc. 7. Therein, Plaintiff was warned that failure to do so could result in the Court dismissing her action. As of this date, Plaintiff has failed to file an amended complaint. Wherefore, the Court orders the instant action **TERMINATED** from the docket of the United States District Court, Southern District of Ohio, Western Division at Dayton.

    **DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, September 11, 2007.

                                                                     s/Thomas M. Rose

                                                                     THOMAS M. ROSE
                                                            UNITED STATES DISTRICT JUDGE